UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21607-CIV-SEITZ/O'SULLIVAN

MARY MCNULTY,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

      Defendant.
_____/

## FINAL DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice [DE 8]. The parties assert all claims in this matter have been resolved and therefore this case should be dismissed with prejudice. Accordingly, it is hereby

ORDERED that:

(1)    This action is DISMISSED WITH PREJUDICE.

(2)    All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3)    This case remains CLOSED.

DONE and ORDERED in Miami, Florida, this 16th day of September, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
Counsel of Record